THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD LEWIS, Appellant.—

No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.